UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:09CR601 HEA |
|  | ) |  |
| SHAUN GLENWOOD MACK, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **ORDER**

**IT IS HEREBY ORDERED** that the change of plea hearing previously set in this matter for Thursday, June 3, 2010, at 12:30 p.m. is reset to 11:30 a.m. in the courtroom of the undersigned.

Dated this 2nd day of June, 2010.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE